UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BELINDA C. MCFALL | ) | CASE NO. 12-50898 - THF |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |

## OBJECTION TO CLAIM

Comes the Interim Trustee, Deborah B. Simon, and pursuant to 11 USC §502(b)(1), §704(a)(5), and BR 3007, objects to following claim:

Claim #7 – InSolve Recovery, LLC – general unsecured claim in the amount of $1,027.25, identified by account number #7416.  No supporting documents were filed with the claim, and therefore the Trustee objects to the claim.

WHEREFORE, the Interim Trustee moves the Court to enter the attached order sustaining her objection to Claim #7 of InSolve Recovery, LLC.

/S/ Deborah B. Simon_____
Deborah B. Simon, Chapter 7 Trustee
333 Broadway, Suite 607
Paducah, KY 42001-0720
(270) 443-0340

### Certificate of Service

I certify that on July 24, 2014, I electronically filed this document, with attachment, through the ECF system, which will send notice of electronic filing to all persons who have filed a notice of appearance and request for notices in this case; and I also served a copy by U.S. Mail to InSolve Recovery, LLC, c/o Capital Recovery Group, LLC, Dept. 3203, P.O. Box 123203, Dallas, TX  75312-3203.

S/ Deborah B. Simon_____
Deborah B. Simon